IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:15-cv-00440 |
| | ) Judge Nixon |
| STUDENT LOAN RESOLUTIONS CORP., et al., | ) Magistrate Judge Bryant |
| Defendants. | ) |

## ORDER

Upon proper notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (Doc. No. 19), this case is hereby **DISMISSED with prejudice**. The Clerk of the Court is **DIRECTED** to close this case.

It is so ORDERED.

Entered this the _18th_ day of ~~July~~ August, 2015.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT